AO 10*
Rev. 1/2017

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2017

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Fogel, Jeremy D. | Federal Judicial Center | 05/08/2018 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U. S. District Judge - Senior | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2017<br>to<br>12/31/2017 |

**7. Chambers or Office Address**

Federal Judicial Center
One Columbus Circle, N.E.
Washington, DC 20002-8003

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee | Trust #1 (see note in Part VIII) |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 9/30/81 | California Judicial Retirement System: entitled to receive approximately 61% of the current salary of a California Superior Court Judge |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2017 | California Judicial Retirement System | $111,019.38 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | American Bar Association, Dispute Resolution Section | April 18-19 | San Francisco, California | Presenter at conference | Transportation, meals and lodging |
| 2. | Association of Judicial Disciplinary Counsel | July 27-28 | San Diego, California | Presenter at conference | Transportation, meals and lodging |
| 3. | Regional Dialogue | August 25-27 | Bled, Slovenia | Strategic planning meeting | Transportation, meals and lodging |
| 4. | United Nations Office on Drugs and Crime | August 28-29 | Vienna, Austria | Meeting of judicial ethics working group | Transportation, meals and lodging |
| 5. | American Board of Trial Advocates | October 19-20 | Charleston, South Carolina | Presenter at conference | Transportation, meals and lodging |

| Name of Person Reporting | Date of Report |
|---|---|
| Fogel, Jeremy D. | 05/08/2018 |

| | | | | | |
|---|---|---|---|---|---|
| 6. | Institute for the Advancement of the American Legal System | November 8-10 | Colorado Springs, Colorado | Meeting of working group on summary judgment practice | Transportation, meals and lodging |

| Name of Person Reporting | Date of Report |
|---|---|
| **Fogel, Jeremy D.** | 05/08/2018 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Morgan Stanley | Liquid Access Line of Credit | M |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fogel, Jeremy D. | 05/08/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Morgan Stanley brokerage account (assets listed below) | | | | | | | | | |
| 2. --Vanguard Consumer Dsc ETF | A | Dividend | | | Sold | 12/01/17 | K | C | |
| 3. --Vanguard Financials ETF | A | Dividend | K | T | | | | | |
| 4. --Vanguard Small Cap ETF | A | Dividend | K | T | | | | | |
| 5. --Vanguard Mid-Cap ETF | A | Dividend | L | T | Buy (add'l) | 12/01/17 | J | | |
| 6. --IShares S&P 500 Growth ETF | B | Dividend | M | T | Sold (part) | 12/01/17 | J | B | |
| 7. --IShares S&P 500 Value ETF | C | Dividend | L | T | Sold (part) | 12/01/17 | J | B | |
| 8. --IShares Select Dividend ETF | A | Dividend | K | T | | | | | |
| 9. --Vanguard FTSE Developed Mkts E | B | Dividend | L | | Buy (add'l) | 12/01/17 | J | | |
| 10. --Vanguard FTSE Emerging Markets | A | Dividend | | | Sold | 12/01/17 | K | D | |
| 11. --IShares Nat Amt-Free Mun Bd ETF | A | Dividend | K | T | | | | | |
| 12. --IShares Interim Credit Bd ETF | B | Dividend | L | T | | | | | |
| 13. --E V ADV Floating Rate | C | Dividend | L | T | | | | | |
| 14. --Western Asset Muni High Inc I | A | Dividend | | | Sold | 12/01/17 | L | A | |
| 15. --Morgan Stanley Bank | A | Interest | L | T | | | | | |
| 16. DC College Savings Plan (asset listed below) | | | | | | | | | |
| 17. --DC College Savings 2031 Portfolio | A | Dividend | K | T | Buy (add'l) | 12/11/17 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fogel, Jeremy D. | 05/08/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. --Federated Muni Obligations WS | A | Dividend | | | Buy | 07/17/17 | K | | |
| 19. | | | | | Sold | 12/12/17 | K | A | |
| 20. --Energy Sel Sect Spdr Fd | A | Dividend | K | T | Buy | 12/01/17 | K | | |
| 21. --IShares Core MSCI Emerging | A | Dividend | K | T | Buy | 12/01/17 | K | | |
| 22. --Delaware Natl Hi Yld Muni Bd I | C | Dividend | L | T | Buy | 12/01/17 | L | | |
| 23. --First Tr Exchange Traded Fd VI | A | Dividend | K | T | Buy | 12/01/17 | K | | |
| 24. Morgan Stanley IRA#1 (assets listed below) | | | | | | | | | |
| 25. --Morgan Stanley Bank | A | Interest | J | T | | | | | |
| 26. --Vanguard Consumer Dsc ETF | C | Dividend | | | Sold | 02/08/17 | J | A | |
| 27. --Vanguard Financials ETF | A | Dividend | J | T | | | | | |
| 28. --Vanguard Small Cap ETF | A | Dividend | J | T | | | | | |
| 29. --Vanguard Mid-Cap ETF | A | Dividend | J | T | | | | | |
| 30. --IShares S&P 500 Growth ETF | A | Dividend | J | T | | | | | |
| 31. --IShares S&P Value ETF | A | Dividend | J | T | | | | | |
| 32. --IShares Dividend Appreciation | A | Dividend | | | Sold | 02/08/17 | J | A | |
| 33. --Vanguard FTSE Developed Mkts E | A | Dividend | | | Sold | 02/08/17 | J | A | |
| 34. --Vanguard FTSE Emerging Markets | A | Dividend | J | T | Sold (part) | 02/08/17 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fogel, Jeremy D. | 05/08/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. --IShares Interim Credit Bd ETF | A | Dividend | J | T | Sold (part) | 02/08/17 | J | A | |
| 36. --Spdr Barclays Capital High Yield | A | Dividend | J | T | Buy (add'l) | 02/08/17 | J | | |
| 37. --E V Adv Floating Rate | A | Dividend | J | T | Buy (add'l) | 02/08/17 | J | | |
| 38. | | | | | Sold (part) | 04/11/17 | J | A | |
| 39. --Industrial Sel Sec Spdr Fd | A | Dividend | J | T | | | | | |
| 40. --First Tr Exchange Traded Fd VI | A | Dividend | J | T | Buy | 02/08/17 | J | | |
| 41. --First Trt Hlth Care Alpha ETF | | None | J | T | Buy | 02/08/17 | J | | |
| 42. --IShares Tips Bond ETF | A | Dividend | J | T | Buy | 02/08/17 | J | | |
| 43. Morgan Stanley IRA#2 (assets listed below) | | | | | | | | | |
| 44. --Morgan Stanley Bank | A | Interest | J | T | | | | | |
| 45. --Vanguard Consumer Dsc ETF | A | Dividend | | | Sold | 04/11/17 | J | A | |
| 46. --Vanguard Financials ETF | A | Dividend | J | T | Sold (part) | 04/11/17 | J | A | |
| 47. --Vanguard Small Cap ETF | A | Dividend | J | T | Sold (part) | 04/11/17 | J | A | |
| 48. --Vanguard Mid-Cap ETFIndex | A | Dividend | J | T | | | | | |
| 49. --IShares S&P Growth ETF | A | Dividend | J | T | Buy (add'l) | 04/11/17 | J | | |
| 50. --IShares S&P Value ETF | A | Dividend | J | T | Sold (part) | 04/11/17 | J | A | |
| 51. --IShares Select Dividend ETF | A | Dividend | | | Sold | 04/11/17 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fogel, Jeremy D. | 05/08/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52.  --Vanguard FTSE Developed Mkts E | A | Dividend | J | T | Buy (add'l) | 04/11/17 | J | | |
| 53.  --Vanguard FTSE Emerging Mkts | A | Dividend | J | T | Sold (part) | 04/11/17 | J | A | |
| 54.  --Wisdomtree Trust Japan Hedge EQ | A | Dividend | | | Sold | 04/11/17 | J | A | |
| 55.  --IShares Interim Credit Bd ETF | A | Dividend | J | T | Buy (add'l) | 04/11/17 | J | | |
| 56.  --Spdr Barclays Capital High Yield | A | Dividend | J | T | | | | | |
| 57.  --IShares Tips Bond ETF | A | Dividend | J | T | Buy | 04/11/17 | J | | |
| 58.  --Spdr BBG Barclays High Yie Bnd | A | Dividend | J | T | Buy | 04/11/17 | J | | |
| 59.  --First Tr Exchange Traded Fd VI | A | Dividend | J | T | Buy | 04/11/17 | J | | |
| 60.  --First Trst Hlth Care Alpha ETF | A | Dividend | J | T | Buy | 04/11/17 | J | | |
| 61.  --Industrial Sel Sec Spdr Fd | | | | | Buy | 04/11/17 | J | | |
| 62.  Trust #1 (assets listed below)(see note in Part VIII) | | | | | | | | | |
| 63.  --Doubleline Fds Total Return Bd Fd | D | Dividend | N | T | | | | | |
| 64.  --Pioneer Ser Tr VI Fltg Rate Fd | D | Dividend | N | T | | | | | |
| 65.  --Templeton Income Tr Global BHd FD | A | Dividend | N | T | | | | | |
| 66. | D | Distribution | | | | | | | |
| 67.  --Intel Corp. | B | Dividend | K | T | | | | | |
| 68.  --Potash Corp. of Saskatchewan | | None | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fogel, Jeremy D. | 05/08/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. --Realty Income REIT | | None | K | T | | | | | |
| 70. --Teradata Corp. | | None | K | T | | | | | |
| 71. --Transocean Ltd. Ordinary Shares | | None | K | T | | | | | |
| 72. Pointright Holdings, Inc. | | None | J | U | | | | | |
| 73. Rental Property--Santa Clara County, CA(y) (see note in Part VIII) | | | | | | | | | |
| 74. Two undeveloped lots--Placer County, CA (see note in Part VIII) | | None | M | W | Sold (part) | 07/11/17 | M | F | Chris and Amy Hillyard |
| 75. | | | | | | | | | |
| 76. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal | R =Cost (Real Estate Only) | P4 =More than $50,000,000 S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

1. The entity listed as Trust #1 in Part I of my 2016 report was divided into two sub-trusts as of February 1, 2017. I have continued as the trustee of one of the sub-trusts. The other sub-trust has a different trustee, and I have no right, title, interest or legal obligation with respect to that sub-trust. The assets held by the sub-trust of which I have continued as the trustee are the same as those held by the original trust and listed in my 2016 report, except that half of the value of each asset as of the date of division was transferred to the other sub-trust.

2. The asset listed on line 73 in Part VII (Rental property--Santa Clara County, CA) was removed from the rental market on 9/30/17. The property now is the primary residence of a family member and my secondary residence.

3. One of the assets listed on line 74 in Part VII (Two undeveloped lots--Placer County, CA) was sold during the reporting period. I still own the other lot and will list it as a single lot in future reports.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Jeremy D. Fogel**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544